# NO. 12-14-00118-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE 321ST* |
| *E. C. AND L. C.,* | § | *JUDICIAL DISTRICT COURT* |
| *CHILDREN* | § | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

On May 1, 2014, Appellant, who is pro se, filed a notice of appeal expressing his desire to appeal "the final entry of judgment, signed by the Court on or about April 15, 2014." However, Appellant admits in his correspondence with this court that the trial court has not yet signed the judgment he seeks to appeal. Therefore, his notice of appeal is premature. *See* TEX. R. APP. P. 26.1 (stating general rule that notice of appeal must be filed within thirty days *after judgment is signed*).

On May 12, 2014, this court notified Appellant, pursuant to Texas Rule of Appellate Procedure 25.1, that the information received in this appeal does not contain a final judgment or other appealable order. Appellant was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before June 11, 2014, to show the jurisdiction of this court. The deadline for amendment has passed, and Appellant has not shown the jurisdiction of this court. Accordingly, the appeal is *dismissed for want of jurisdiction*. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered June 25, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JUNE 25, 2014**

**NO. 12-14-00118-CV**

**IN THE INTEREST OF E. C. AND L. C., CHILDREN**

Appeal from the 321st District Court
of Smith County, Texas (Tr.Ct.No. 09-0069-D)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*